| | |
|---|---|
| Rondell Carter, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:10-585-SB |
| ) | |
| Chief Michael A. Schwartz; ) | |
| Sheriff Lane Cribb; Asst. Sheriff ) | |
| Carter Weaver; and Sharon W. ) | **ORDER** |
| Morton, Major, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court upon the Plaintiff's pro se complaint, filed pursuant to 42 U.S.C. § 1983. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.

On May 25, 2010, United States Magistrate Judge Joseph R. McCrorey issued a report and recommendation ("R&R") analyzing the Plaintiff's complaint and recommending that the Court dismiss the complaint without prejudice and without issuance and service of process. Attached to the R&R was a notice advising the Plaintiff of his right to file specific, written objections to the R&R within fourteen days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, the Court need not conduct a de novo review of any portion of the R&R.

Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order of this Court, and it is

**ORDERED** that the Plaintiff's complaint is dismissed without prejudice and without issuance and service of process.

**AND IT IS SO ORDERED.**

The Honorable Sol Blatt, Jr.
Senior United States District Judge

June 21, 2010
Charleston, South Carolina